■ In the Matter of the Estate of MARTIN MOSKOWITZ, Deceased. JACOB M. WEINSTEIN, Appellant; DOROTHY MOSKOWITZ et al., Respondents.—Appeal by the petitioner from a decree of the Surrogate's Court, Nassau County (Radigan, S.), dated September 28, 1990.

Ordered that the decree is affirmed, with costs payable by the appellant personally, for reasons stated by Surrogate Radigan at the Surrogate's Court. Thompson, J. P., Harwood, Balletta, Rosenblatt and Eiber, JJ., concur.